# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | |
|---|---|
| **JORGE ROJAS, individually and on behalf of all others similarly situated.** _____ *Plaintiff* v. **GUARDIAN LITIGATION GROUP, LLP** _____ *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:25-cv-10342

## AFFIDAVIT OF SERVICE

I, Chance Greyson, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to GUARDIAN LITIGATION GROUP, LLP in Sangamon County, IL on September 3, 2025 at 1:32 pm at 901 S. 2ND ST. STE 201, SPRINGFEILD, IL 62704-7909 by leaving the following documents with Stacey Laatsch who as Intake Specialist at Incorp Services, INC. is authorized by appointment or by law to receive service of process for GUARDIAN LITIGATION GROUP, LLP.

Summons, Civil Cover Sheet, and Complaint

Additional Description:
I served these papers to Stacey Laatsch, who informed me that this was the correct location to serve Guardian Litigation Group, LLP.

White Female, est. age 25-34, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.7923466667,-89.6536416667
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid

that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Chance Greyson*
_____

Executed in

___Winnebago County_____,

___IL_____ on ___9/4/2025_____.

Signature
Chance Greyson
+1 (515) 200-9752
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

