IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>**GUARDIAN LITIGATION GROUP, LLP**<br><br><br><br>Defendants. | Case No. 1:25-CV-10342<br><br><br>**DEFENDANT GUARDIAN LITIGATION GROUP, LLP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**DEFENDANT GUARDIAN LITIGATION GROUP, LLP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Defendant, GUARDIAN LITIGATION GROUP, LLP**,** by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(6), to dismiss Plaintiffs Complaint in its entirety based on the grounds stated in its contemporaneously filed Memorandum in Support of Defendant Guardian Litigation Group, LLP's Motion to Dismiss Plaintiff's Complaint and incorporates said Memorandum herein by reference for all purposes.

WHEREFORE, Defendant respectfully requests that the Court grant Guardian Litigation Group, LLP's Motion to Dismiss, dismiss Plaintiffs Complaint with prejudice and award Guardian Litigation Group its fees and costs incurred in defending this action, including reasonable attorneys' fees, along with other relief as the Court deems just.

Respectfully Submitted,

By: */s/ Jeffrey Lohman.*
Jeffrey Lohman
**The Law Offices of Jeffrey Lohman, PLLC**
2325 Camelback Road, Ste 400
Phoenix, AZ  85016
Email: JeffL@jlohman.com
T: (602) 461-7404

Attorney for Defendant,
GUARDIAN LITIGATION GROUP, LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF with service on all parties.

/s/ *Jeffrey Lohman*
Jeffrey Lohman