## **EXHIBIT A**

## **DECLARATION OF JOHN GREENWAY**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS


JORGE ROJAS,

               Plaintiff,

    vs.

GUARDIAN LITIGATION GROUP, LLP,

            Defendant.

Case No. 1:25-cv-10342

**AFFIDAVIT OF DEFENDANT'S MANAGING PARTNER, JOHN GREENWAY**


### AFFIDAVIT OF JOHN GREENWAY

DEFENDANT'S MANAGING PARTNER JOHN GREENWAY deposes and states as follows:

1. I am over the age of eighteen (18), and I am competent to testify at a hearing should I be so required.

2. I have personal knowledge of the facts contained in this affidavit.

3. If required to do so, I would testify in accordance with the facts contained within this affidavit.

4. I have been the managing partner of Guardian Litigation Group, LLP ("Guardian") since its formation in 2018.

5. I am licensed to practice law with the California and Texas Bars.

6. Guardian does not actively place phone calls to consumers soliciting professional employment through phone calls as it is against ABA Model Rule 7.3.

7. Guardian does not own or control phone number (833) 775-2726.

8. I am unable to testify who owns or controls phone number (833) 775-2726.

1

9. My office has conducted a search on Pacer for cases filed by Plaintiff and have observed through the search that Plaintiff has filed 115 other TCPA cases in federal courts.

Respectfully Submitted to this Court on September 24, 2025

Signed: _____

    John Greenway
    on Behalf of Guardian Litigation Group, LLP

2