# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GUARDIAN LITIGATION GROUP, LLP**<br><br>Defendants. | Case No. 1:25-CV-10342<br><br>**PROPOSED ORDER GRANTING DEFENDANT GUARDIAN LITIGATION GROUP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

## PROPOSED ORDER GRANTING DEFENDANT GUARDIAN LITIGATION GROUP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant Guardian Litigation Group, LLP's Motion to Dismiss Plaintiff's Complaint.

The Court has considered the Motion, and it is hereby GRANTED.

DATED this _____ day of _____ 2025.

_____
**HONORABLE JOHN ROBERT BLAKEY**
UNITED STATES DISTRICT JUDGE