# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE ROJAS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**GUARDIAN LITIGATION GROUP, LLP**<br><br>*Defendant.* | Civil Case No.: 25-cv-10342 |

## DECLARATION OF JORGE ROJAS

1. I am the Plaintiff in the above captioned action.

2. I reside in Bolingbrook, Illinois.

3. I believe in government transparency and consumer protection, as well as availing myself of applicable federal laws that provide for private rights of action. To that end, and as background, I have filed cases under the Freedom of Information Act (FOIA) and Telephone Consumer Protection Act in federal and state courts.

4. My actions under FOIA have led to several precedential Ninth Circuit opinions interpreting FOIA. *Rojas v. Fed. Aviation Admin.,* 941 F.3d 392 (9th Cir. 2019), *Rojas v. Fed. Aviation Admin.,* 989 F.3d 666 (9th Cir. 2021) (en banc). My cases have interpreted and shaped critical portions of FOIA, including Exemption 5 and the "consultant corollary," Exemption 2, and Exemption 6 as it relates to the privacy interest of government employees engaging in misconduct.

5. My telephone number 331-643-XXXX is my personal cell phone number which I have maintained since 2023.

6. My telephone number 424-219-XXXX is also a personal cell phone number which I have maintained since 2007.

7. I obtained the 424- number while living in California, where I was born and raised.

8. On occasion, I will utilize the 331- number because it is a local area code and at times the 424- area code is confusing for individuals in Illinois because it is not a local number.

9. I have filed actions in California because that is where I previously resided. I often get calls from telemarketers that are California entities, and I chose to sue in California for reasons that include personal jurisdiction.

10. I work approximately 40-60 hour weeks for a major corporation and prior to that I worked in government as an air traffic controller. I currently am a J.D. seeking student at Purdue Global Law School. I do not wish to receive telemarketing calls. Telemarketing calls take time away from my day to do otherwise productive activities.

11. I learned about the private right of action contained in the TCPA and having an interest and prior litigation experience under the Freedom of Information Act, decided to avail myself of it because of the spam and scam telephone calls I would receive without consent.

12. The lawsuits I file are against entities that haven't been provided prior consent to contact me.

13. I have served as class representative in a certified class filed under the TCPA. *Rojas v. Tax Relief Helpers, LLC*, 025CH000020 (LaSalle County, IL).

14. On or about August 14, 2025 at 17:33 CT, I received a telephone call from a number that displayed on my caller ID as 770-741-9525.

15. I did not answer the call.

16. The caller left a pre-recorded voicemail, which my phone transcribed as follows: "Hi this is Jake Barrett from five point lending I'm calling about a new offer of $38,000 that you've been preapproved for payments come out to less than $500 a month we can fun next day and there is no credit impact for seeing what you qualify for my number is 833-775-2726 again 833-775-2726 and I hope to speak with you today you can call to decline the offer…"

17. On or about August 14, 2025, at 17:40 CT, for purposes of identifying the caller, because the information provided in the voicemail was insufficient to identify the responsible indispensable entity, I called the telephone number provided as a call back, from telephone number 424-219-XXXX.

18. Upon calling back the number referenced in the prerecorded voicemail, I was directed to Guardian's services. Specifically, "Oleg" provided me with a retainer agreement identifying "Guardian Litigation Group, LLP, a Texas limited liability partnership," bearing the same logo that appears on Guardian's website (guardianlit.com). I had no other dealings with Guardian and would not have received this retainer agreement but for the unsolicited prerecorded telemarketing call.

19. The fact that the unlawful prerecorded call funneled me directly to Guardian's retainer materials demonstrates Guardian's involvement in the calls.

20. The prerecorded call invaded my privacy and interrupted my daily activities. I had to stop what I was doing to review the message, return the call to identify the caller, and deal with the unwanted solicitation. This disruption, nuisance, and wasted time is the very harm Congress recognized when it enacted the TCPA.

21. At no point have I provided consent to Guardian to place calls to my numbers. My telephone numbers are personal cell phones used for both residential and personal purposes, and I have taken steps to avoid telemarketing calls.

22. Finally, while I have brought other TCPA actions, each arises from separate and distinct unwanted calls made by unrelated entities. The frequency with which telemarketers disregard the law underscores the widespread nature of the problem; it does not reflect that I welcomed or consented to such calls.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __19th Day of October__, 2025.

*/s/ Jorge Rojas*
_____
Jorge Rojas
Plaintiff