**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Jorge Rojas

                    Plaintiff,

v.                                             Case No.: 1:25–cv–10342

                                              Honorable John Robert Blakey

Guardian Litigation Group, LLP

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable John Robert Blakey: On 2/19/26, this Court dismissed Plaintiff's complaint, granting him leave to amend if he could do so consistent with his obligations under Rule 11, see [11]. At that time, the Court warned Plaintiff that if he failed to amend by 3/12/26, it would dismiss this case, id. Yet, to date, Plaintiff has not amended; nor has he otherwise communicated with the Court. As a result, consistent with the Court's prior order [11], this case is dismissed with prejudice. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.